IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:09-CV-2145-D |
| VS. | § | Criminal No. 3:08-CR-361-D (02) |
| | § | |
| SAJJAD SHAIKH, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the January 15, 2010 findings and recommendation of the magistrate judge, and the February 2, 2010 response of defendant (which appears to contain his objections to the findings and recommendation), the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, defendant's November 9, 2009 motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence is denied.

**SO ORDERED**.

February 4, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE